UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-02740 |
| Rajesh K Raju ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jacqueline P Cox | |
| ) | | |
| ) | 1 | |
| Debtor(s) ) | | |

# ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the MOTION TO EXTEND THE AUTOMATIC STAY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to SECTION 11 USC 362(c)(3)(b), the Court orders as follows:

1. The automatic stay is extended and all of the Debtor's creditors are bound by said stay up to 5-1-23 at 10:30 a.m.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 20, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600