UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Rajesh K Raju<br><br>Debtor(s) | Case Number: 23-02740<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

**ORDER PERMITTING THE REFINANCING OF REAL ESTATE**

Having read the motion for permission to refinance real estate, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1. The Debtor is authorized to obtain additional credit in the approximate amount of $108,000 for the purpose of refinancing real estate located at 8901 Washington St. Unit B Niles, IL 60714.
2. The Debtor shall forward a copy of the RESPA settlement statement to the Chapter 13 Trustee in this case within 3 days after the closing.
3. The proceeds of the transaction shall be used to pay off all existing mortgages and other liens against the Debtor's real estate plus usual and customary closing costs and fees at the closing.
4. The balance of $15,000, after payment of the amounts listed in paragraph 3, and the non filing Debtor's credit cards in the amount of $75,233, shall be forwarded to the Chapter 13 Trustee Thomas H. Hooper, for distribution to creditors in satisfaction of 100% of the total allowed debt as described in the Debtor's confirmed Chapter 13 plan or modification thereof.
5. Parties presently within the personal jurisdiction of the Bankruptcy Court may be subject to civil contempt remedies for violation of this order. If other entities, including the lender, title company, or other escrow-account holder, do not comply with this order, they may be subject to a suit to avoid and recover unauthorized postpetition transfers pursuant to 11 U.S.C. §§ 549 & 550.
6. The new mortgage loan shall not be an adjustable rate mortgage.

Enter: *Jacqueline B. Cox*
J. Cox

Dated: 4/1/25

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600